S. AMANDA MARSHALL, OSB #953473
United States Attorney
District of Oregon
AMY E. POTTER
Assistant United States Attorney
amy.potter@usdoj.gov
405 E. 8th Ave., Ste. 2400
Eugene, Oregon 97401
Telephone:  (541) 465-6771
Facsimile:   (541) 465-6917
Attorneys for the United States

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## EUGENE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **Case No. 6:12-CR-00602-AA** |
| **v.** | |
| **CHRISTOPHER YANDELL,** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **Defendant.** | Sentencing Date: December 12, 2013 9:00 a.m. |

The United States of America, by and through S. Amanda Marshall, United States

Attorney for the District of Oregon, and Amy E. Potter, Assistant United States Attorney, hereby

submits this sentencing memorandum in anticipation of the sentencing of defendant Christopher

Yandell.  Defendant pleaded guilty to postal burglary on September 4, 2013.

### I.    FACTUAL BACKGROUND

Defendant and his co-defendant Allen Widmer were involved in a string of burglaries in

the Oregon area. These burglaries included burglaries of area post offices.  On August 21, 2012,

defendant and Widmer broke into a post office located at 88769 Territorial Road, Elmira, Oregon by using tools to force open the lobby door after closing. They tool stamps, unissued money orders, a digital printer and other postal property. Stamps from that burglary were later recovered at defendant's residence and had Widmer's prints on them. A total of three post offices were burglarized, resulting in a loss of $3814.74. Both defendants were charged and convicted in state court for the burglaries of residences/buildings other than the post offices. Defendant Yandell is currently serving a 90 month state sentence.

## II.     GUIDELINES CALCULATIONS

The government and the defense agreed that the following guideline calculation apply in defendant's case:

|  |  |
|---|---|
| (1) USSG §2B2.1(a)(2) – Base Offense Level | 12 |
| (2) USSG § 3E1.1 – Acceptance of Responsibility | - 2 |
| Total Offense Level | 10 |

Defendant is a criminal history category II, resulting in a guideline range of 8-14 months.

## III.     SENTENCING RECOMMENDATION

This is a sad story: defendant, who by all accounts had cleaned up his act after some criminal activity about 10 years ago, returned to using methamphetamine and committed a series of burglaries to, likely, feed his habit. As a result, he will spend the next 90 months in state prison. The burglaries of the post offices were clearly a part of this string of burglaries. As a result, the government believes that a low-end sentence of 8 months' imprisonment to be served concurrently to his 90 month state sentence is appropriate in this case. Defendant is already serving a significant sentence and additional federal custody (particularly just 8 months) will do

little to meet the goals of sentencing.   Hopefully, though, while defendant is on supervision, he

will be able to take advantage of the resources available to him to address his drug habit.

### IV.    RESITITUTION

As part of his plea agreement, defendant agreed to pay full restitution for all the postal

burglaries he committed.   He owes $3814.74 to the postal service as listed in the PSR.

### V.    CONCLUSION

A low-end, guideline sentence of 8 months imprisonment, to run concurrently to his

current state sentence, is sufficient, but not greater than necessary, to comply with the factors

under 18 U.S.C. § 3553(a).

Dated this 29th day of November 2013.

Respectfully submitted,

S. AMANDA MARSHALL
United States Attorney

*/s/ Amy E. Potter*
AMY E. POTTER
Assistant United States Attorney